UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**SHERLE SMITH,**

    Plaintiff,

vs.

**COMMISSIONER of Social Security,**

    Defendant.

Case No. 3:15-cv-1524-MC

ORDER

Attorney fees in the amount of $5,069.68 are hereby awarded to Plaintiff pursuant to the Equal Access To Justice Act, 28 U.S.C. § 2412(d), and costs are awarded in the amount of $400.00 pursuant to 28 U.S.C. § 1920. Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 370578, Las Vegas, NV 89137. In accordance with the fee assignment which Plaintiff has signed, payment shall be made in Tim Wilborn's name if no debt subject to offset exists.

DATED this 23 day of August, 2016.

United States District Court Judge
Michael J. McShane

ORDER - Page 1